UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-cv-81784-DMM  (Middlebrooks/Brannon)

MARKIS PIERRE,

    Plaintiff,

v.

PASHA, LLC d/b/a GANEE STONE,
a Florida limited liability company,

    Defendant.
_____/

### JOINT MOTION TO REVIEW AND APPROVE SETTLEMENT
### AND DISMISS ACTION WITH PREJUDICE

Plaintiff and Defendant, by and through their respective undersigned counsel, hereby jointly move the Court to review and approve their settlement and dismiss this action with prejudice, as follows:

1. Plaintiff's complaint alleges that Defendant violated (a) the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* ("FLSA"), by failing to pay him alleged unpaid overtime compensation, and (b) section 440.205, Fla. Stat., by wrongfully terminating his employment in retaliation for Plaintiff's attempt to claim compensation under Florida's Workers' Compensation Law.

2. Defendant vigorously denies any wrongdoing, and further denies that Plaintiff is entitled to any relief whatsoever.  The parties agree that there is a bona fide, good faith dispute as to both liability and damages regarding Plaintiff's claims.

2. To avoid the costs and uncertainty of further litigation, the parties have

negotiated a settlement of this matter. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), claims for back wages arising under the FLSA may be settled or compromised with the approval of the district court (or under the supervision of the U.S. Department of Labor).

3. However, in reaching this settlement, the Plaintiff agreed that he shall take nothing as a result of his FLSA claim and desires that this claim be voluntarily dismissed with prejudice. The settlement amount therefore is specifically designated in the agreement as non-wage compensatory damages, costs and attorneys' fees, allegedly suffered by virtue of the alleged wrongful termination, as that was the basis on which the parties agreed to settle at the mediation. To that extent, *Lynn's Food* does not necessarily apply to this settlement. Notwithstanding, and in an abundance of caution, the parties certainly wish to abide by the Court's Order and *Lynn's Food* and therefore submit the agreement for the Court's approval in any event.

4. All parties are represented by counsel in this action, and all parties and their respective counsel agree and stipulate that the settlement represents a fair, reasonable, good faith and arms-length compromise of Plaintiff's claims.

5. Attached hereto as Exhibit "A" is a copy of the parties' Settlement Agreement.

6. The parties request that the Court review and approve their settlement and dismiss this action with prejudice. The parties further request that the Court reserve jurisdiction to enforce the terms of the settlement, should such enforcement be necessary.

WHEREFORE, Plaintiff and Defendant jointly request that the Court enter an order (a) approving the parties' settlement; (b) dismissing this action with prejudice; and (c)

reserving jurisdiction to enforce the terms of the settlement, should such enforcement be necessary.  A proposed order is provided herewith.

Respectfully submitted this  28th  day of  April , 2016.

| | |
|---|---|
| Charles M. Eiss, Esquire<br>E-Mail:  ceiss@icelawfirm.com<br>Law Offices of Charles Eiss, P.L.<br>7951 SW 6th Street, Ste. 308<br>Plantation, FL  33324<br>Telephone:  (954) 914-7890<br>Facsimile:    (855) 423-5298<br>Counsel for Plaintiff<br><br>*s/ Charles M. Eiss*<br>CHARLES M. EISS, ESQ.<br>Florida Bar No. 612073 | Daniel R. Levine, Esquire<br>E-Mail: drlevine@bennardolevine.com<br>Bennardo Levine LLP<br>1860 NW Boca Raton Boulevard<br>Boca Raton, FL 33432<br>Telephone:  (561) 392-8074<br>Facsimile:    (561) 368-6478<br>Counsel for Defendant<br><br>*s/ Daniel R. Levine*<br>DANIEL R. LEVINE, ESQ.<br>Florida Bar No. 0057861 |

## CERTIFICATE OF SERVICE

      I hereby certify that on April 28, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

                                            *s/ Daniel R. Levine*
                                            DANIEL R. LEVINE, ESQ.

## SERVICE LIST

*Markis Pierre v. Pasha, LLC d/b/a Ganee Stone*
Case No. 9:15-cv-81784-DMM   (Middlebrooks/Brannon)
United States District Court, Southern District of Florida

| | |
|---|---|
| Charles M. Eiss, Esquire<br>E-Mail:  ceiss@icelawfirm.com<br>Law Offices of Charles Eiss, P.L.<br>7951 SW 6th Street, Suite 308<br>Plantation, FL  33324<br>Telephone:  (954) 914-7890<br>Facsimile:  (855) 423-5298<br>Counsel for Plaintiff<br>*Via CM/ECF* | Daniel R. Levine, Esquire<br>E-Mail:  drlevine@bennardolevine.com<br>Bennardo Levine LLP<br>1860 NW Boca Raton Blvd.<br>Boca Raton, FL  33432<br>Telephone:  (561) 392-8074<br>Facsimile:  (561) 368-6478<br>Counsel for Defendant<br>*Via CM/ECF* |
| Nathaly Lewis, Esquire<br>E-Mail:  nlewis@icelawfirm.com<br>Law Offices of Charles Eiss, P.L.<br>7951 SW 6th Street, Suite 308<br>Plantation, FL  33324<br>Telephone:  (954) 914-7890<br>Facsimile:  (855) 423-5298<br>Counsel for Plaintiff<br>*Via CM/ECF* | |
| Lindsay M. Massillon, Esquire<br>E-Mail:  lmassillon@icelawfirm.com<br>Law Offices of Charles Eiss, P.L.<br>7951 SW 6th Street, Suite 308<br>Plantation, FL  33324<br>Telephone:  (954) 914-7890<br>Facsimile:  (855) 423-5298<br>Counsel for Plaintiff<br>*Via CM/ECF* | |