UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-81784-CIV-MIDDLEBROOKS/BRANNON

MARKIS PIERRE,

    Plaintiff,

v.

PASHA, LLC, d/b/a GANEE STONE, a Florida
limited liability company,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT

THIS CAUSE comes before the Court upon the Parties' Joint Motion to Review and Approve Settlement and Dismiss Action with Prejudice, filed April 28, 2016. (DE 29). Plaintiff initiated this action on December 31, 2015, alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"). The Parties now advise the Court that they have settled all claims in this action, and move for dismissal.

When a private action is brought under the FLSA and is subsequently settled, "the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) (internal citations omitted). In scrutinizing the settlement for fairness, a court must determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* at 1355. While the provisions of the Act are mandatory, the Eleventh Circuit has recognized that there may be bona fide disputes as to FLSA coverage and therefore, a district court may approve a settlement to "promote the policy of encouraging settlement of litigation." *Id.* at 1354. Where, as here, the settlement agreement was entered into in an adversarial context and both sides were

represented by counsel throughout the litigation, the settlement agreement is "more likely to reflect a reasonable compromise over issues." *Id.*

Upon a review of the Parties' Settlement Agreement (DE 29-1), the Court finds that the settlement is a fair and reasonable arms-length resolution of the Parties' dispute. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Motion to Approve Settlement (DE 29) is **GRANTED**.

2. The Parties' Settlement Agreement (DE 29-1) is fair and reasonable and is **APPROVED**.

3. This case is **DISMISSED** with prejudice.

4. All pending motions are hereby **DENIED AS MOOT**; and

5. The Clerk of Court shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 29 day of April, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record